**E-FILED**
Wednesday, 07 November, 2007  04:19:46 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | | |
|---|---|---|
| KATHY SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. |
| | ) | |
| WAL-MART STORES, INC., | ) | |
| A Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF REMOVAL

Defendant, Wal-Mart Stores, Inc. ("Wal-Mart"), by and through its attorneys, DeFranco & Bradley, P.C., removes to the United States District Court for the Central District of Illinois pursuant to 28 U.S.C. § 1446 upon the following grounds:

1.    On May 23, 2007, plaintiff filed a complaint in the Fourth Judicial Circuit, Montgomery County, Illinois as case number 07-L-13. In the complaint, plaintiff Kathy Smith alleged that she was injured when she slipped and fell in a puddle of water on defendant's premises. (Complaint, ¶¶ 2-3). Plaintiff further alleged that she sustained permanent juries, lost wages, medical expenses, and permanent pain and suffering as a result of the alleged incident and requested judgment against defendant in an amount in excess of $50,000. (Complaint, ¶ 6).

2.    The district courts for the United States have original jurisdiction over this litigation pursuant to 28 U.S.C. § 1332.

3.    The amount in controversy, exclusive of interest and costs, exceeds $75,000.00 as required by 28 U.S.C. § 1332(a).

4. On or about August 6, 2007, plaintiff answered defendant's discovery requests and provided a medical specials list totaling approximately $10,000.00. (Medical Specials List, attached as Exhibit A).

5. On or about October 17, 2007, plaintiff's counsel advised that plaintiff underwent a spinal fusion. Counsel provided an updated medical specials list totaling approximately $114,000.00. (Updated Medical Specials List, attached as Exhibit B).

6. That the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

7. Complete diversity of citizenship exists between plaintiff and defendant, as required by 28 U.S.C. § 1332(a).

8. Plaintiff Kathy Smith is now and was at the commencement of this action a citizen of the State of Illinois.

9. Defendant is now and was at the commencement of this action a corporation organized and existing under the laws of the State of Delaware with its principal place of business in Arkansas. Defendant is a citizen of the states of Delaware and Arkansas. Defendant is not now and was not at the commencement of this action a citizen of the State of Illinois.

10. This notice of removal was filed within thirty days of receipt of plaintiff's updated medical specials list which first establish that the amount in controversy exceeded $75,000 and, therefore, established jurisdiction pursuant to 28 U.S.C. § 1446(b).

11. Venue lies in the United States District Court for the Central District of Illinois pursuant to 28 U.S.C. § 1446(a) because the original action was filed in Montgomery County, Illinois which is within the Central District of Illinois.

12.    Written notice of the filing of this notice of removal was given to all parties.

13.    A copy of this notice of removal was filed with the Fourth Judicial Circuit, Montgomery County, Illinois as required by 28 U.S.C. § 1446.

14.    A copy of all process and pleadings were filed contemporaneously with this notice of removal in accordance with 28 U.S.C. § 1446(a).

WHEREFORE, defendant removes this case to the United States District Court for the Central District of Illinois and hereby requests that the filing of this notice of removal shall effect the removal of said civil action to this Court.

DeFRANCO & BRADLEY, P.C.

By _____

James E. DeFranco, #06181134
Dana E. Vetterhoffer, #6287602
785 Wall Street, Suite 200
O'Fallon, IL 62269
(618) 628-2000
(618) 628-2007 Fax
ATTORNEYS FOR DEFENDANT
WAL-MART STORES, INC.

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| KATHY SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )    No. |
| | ) |
| WAL-MART STORES, INC., | ) |
| A Corporation, | ) |
| | ) |
| Defendant. | ) |

## **AFFIDAVIT**

STATE OF ILLINOIS        )
                         ) SS
COUNTY OF ST. CLAIR      )

    James E. DeFranco, being duly sworn upon his oath, deposes and states that he is an attorney for defendant, Wal-Mart Stores, Inc., herein, that he has read the foregoing Notice for Removal and believes it to be true, and that he makes this affidavit as an agent authorized to execute same on behalf of defendants.

_____
James E. DeFranco

SUBSCRIBED AND SWORN TO before me this _____ day of November, 2007.

_____
Notary Public

OFFICIAL SEAL
AMANDA ISOM
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/15/10

E-FILED
Wednesday, 07 November, 2007  04:22:06 PM
Clerk, U.S. District Court, ILCD

IN THE CIRCUIT COURT FOR THE FOURTH JUDICIAL CIRCUIT **FILED**

MONTGOMERY COUNTY, ILLINOIS

MAY 2 3 2007

MARY WEBB
Circuit Court Clerk
4TH Judicial Circuit

|  |  |  |
|---|---|---|
| KATHY SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO.  07 - L - 13 |
| | ) | |
| WAL-MART STORES, INC., | ) | |
| A Corporation. | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT AT LAW

Now comes Kathy Smith, Plaintiff, by  Denis A. McGrady, Jr., her attorney, and complaining of Defendant says:

1.    Defendant is a corporation doing business in Montgomery County, Illinois and this accident occurred in Montgomery County, Illinois.

2.    On September 17, 2006, Plaintiff was in Wal-Mart store #213 located in Litchfield, Illinois, Montgomery County, and Plaintiff was attending said store, which was a retailer, open to the public, and as a member of the public, Plaintiff was invited to do business there.

3.    On said date, when Plaintiff was on Defendant's premises Plaintiff slipped on some water on the floor of Defendant's premises, causing injuries to Plaintiff.

4.    Defendant, at that time and place, was guilty of one or more or all of the following negligent acts or omissions:

A.    Defendant negligently allowed water to remain on the

1

floor of their premises when Defendant knew said premises would be used by Plaintiff and others shopping at said premises.

B.    Defendant failed to give any warning that the floor was slippery and wet to Plaintiff and others using said premises;

C.    Defendant negligently failed to barricade an area of its floor from public use when Defendant knew the slippery floor would be used by Plaintiff and others absent fair warning.

5.    As a proximate result of one or more or all of the foregoing, Plaintiff slipped and fell on said floor and Plaintiff did then and there and will in the future suffer damages.

6.    Plaintiff, as a proximate result of her fall and injuries sustained therefrom, was required to spend a large amount for her medical care and incurred large amounts of medical expenses, was disabled from working, suffered permanent injuries, and will incur pain and suffering permanently.

Wherefore Plaintiff Prays for Judgment against Defendant in an amount in excess of $50,000.00 plus cost of suit.

KATHY SMITH, Plaintiff

BY: _____
Denis A. McGrady, Jr., #1842928
Campbell & McGrady
104 E. Chestnut Street
Gillespie, IL 62033
Telephone: 217-839-2129
Fax: 217-839-2558

2

## **VERIFICATION**

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that she verily believes the same to be true.

*Kathy Smith*

IN THE CIRCUIT COURT FOR THE FOURTH JUDICIAL CIRCUIT

MONTGOMERY COUNTY, ILLINOIS

KATHY SMITH,                          )
                                      )
              Plaintiff,              )
                                      )
vs.                                   )   NO.   0 7 - L - 13
                                      )
WAL-MART STORES, INC.,                )
A Corporation.                        )
                                      )
              Defendant.              )

SUMMONS

To the Defendant: Wal-Mart Stores, Inc., c/o CT Corporation System,
208 S. LaSalle Street, Suite 814, Chicago, IL 60604

      YOU ARE SUMMONED and required to file an answer in this case,
or otherwise file your appearance, in the office of the clerk of
this court, Montgomery County Courthouse, Hillsboro, Illinois,
within 30 days after service of this summons, not counting the day
of service.  IF YOU FAIL TO DO SO, A JUDGMENT OR DECREE BY DEFAULT
MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

To the officer:

      This summons must be returned by the officer or other persons to whom it
was given for service, with indorsement of service and fees, if any, immediately
after service. If service cannot be made, this summons shall be returned so
indorsed. This summons may not be served later than 30 days after its date.

                              WITNESS, _____May 23_____, 2007

        (Seal of Court)      _____Mary Webb_____
                                        Clerk of Court

                             _____Barbara Hambecker_____
                              Associate Circuit Clerk - Deputy

Denis A. McGrady, Jr.
Attorney for Petitioner
104 East Chestnut
Gillespie, IL 62033
Telephone: 217/839-2129

SHERIFF'S FEES

Service and return ...... $_____
Miles: _____  ........  _____
Total ............................ $_____

_____

Sheriff of _____ County

I certify that I served this summons on defendants as follows:

(a)-(individual defendants-person):

By leaving a copy and a copy of the complaint with each individual
defendant personally, as follows:

Name of Defendant                              Date of Service

_____    _____

_____    _____

_____    _____

(b) - (individual defendants-abode):

By leaving a copy and a copy of the complaint at the usual abode of each
individual defendant with a person of the family, or a person residing there, of
the age of 13 years or upwards, informing that person of the contents of the
summons, and also by sending a copy of the summons and of the complaint in a
sealed envelope with postage fully prepaid, addressed to each individual
defendant at his or her usual place of abode, as follows:

| Name of Defendant | Person with whom left | Date of service | Date of Mailing |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

( ) - (Corporation defendants):

Be leaving a copy and a copy of the complaint with the registered agent,
officer or agent of each defendant corporation as follows:

| Defendant Corporation | Registered agent, officer or agent | Date of Service |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

(d) - (Other service):

_____Sheriff of _____ County

IN THE CIRCUIT COURT FOR THE FOURTH JUDICIAL CIRCUIT

MONTGOMERY COUNTY, ILLINOIS

KATHY SMITH,                              )
                                          )
                    Plaintiff,            )
                                          )
vs.                                       )   NO.  07-L-13
                                          )
WAL-MART STORES, INC.,                    )
A Corporation.                            )
                                          )
                    Defendant.            )

SUMMONS

To the Defendant: Wal-Mart Stores, Inc., c/o CT Corporation System, 208 S. LaSalle Street, Suite 814, Chicago, IL 60604

YOU ARE SUMMONED and required to file an answer in this case, or otherwise file your appearance, in the office of the clerk of this court, Montgomery County Courthouse, Hillsboro, Illinois, within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT OR DECREE BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

To the officer:

This summons must be returned by the officer or other persons to whom it was given for service, with indorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so indorsed. This summons may not be served later than 30 days after its date.

WITNESS, _____May 23_____, 2007

(Seal of Court)

_____Mary Tibb_____
Clerk of Court

_____Barbara Shasenheeder_____
Associate Circuit Clerk - Deputy

Denis A. McGrady, Jr.
Attorney for Petitioner
104 East Chestnut
Gillespie, IL 62033
Telephone: 217/839-2129

SHERIFF'S FEES

Service and return ...... $_____
Miles: _____ .........
Total ............................ $_____

_____

Sheriff of _____ County

I certify that I served this summons on defendants as follows:

(a)-(individual defendants-person):

By leaving a copy and a copy of the complaint with each individual defendant personally, as follows:

Name of Defendant                        Date of Service

_____        _____

_____        _____

_____        _____

(b) - (individual defendants-abode):

By leaving a copy and a copy of the complaint at the usual abode of each individual defendant with a person of the family, or a person residing there, of the age of 13 years or upwards, informing that person of the contents of the summons, and also by sending a copy of the summons and of the complaint in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his or her usual place of abode, as follows:

| Name of Defendant | Person with whom left | Date of service | Date of Mailing |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

( ) - (Corporation defendants):

Be leaving a copy and a copy of the complaint with the registered agent, officer or agent of each defendant corporation as follows:

| Defendant Corporation | Registered agent, officer or agent | Date of Service |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

(d) - (Other service):

_____Sheriff of _____ County

 

**CT** CORPORATION
A WoltersKluwer Company

**Service of Process
Transmittal**
06/06/2007
Log Number 512288974

**TO:**  Kim Lundy
Wal-Mart Stores, Inc.
702 SW 8th Street, Mail Stop #0215
Bentonville, AR, 72716

**RE:**  **Process Served in Illinois**

**FOR:**  Wal-Mart Stores, Inc. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Kathy Smith, Pltf. vs. Wal-Mart Stores, Inc., etc., Dft. |
| **DOCUMENT(S) SERVED:** | Summons (2 sets), Sheriff's Return Form (2 sets), Complaint, Verification |
| **COURT/AGENCY:** | Montgomery County - 4th Judicial Circuit Court, IL<br>Case # 07-L-13 |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall - 09/17/2006 - In Litchfield IL, Montgomery County |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Chicago, IL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 06/06/2007 at 10:00 |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days, Not Counting the Day of Service |
| **ATTORNEY(S) / SENDER(S):** | Denis A. McGrady, Jr.<br>104 East Chestnut<br>Gillespie, IL, 62033<br>217-839-2129 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 06/06/2007, Expected Purge Date: 06/11/2007<br>Image SOP - Page(s): 8<br>Email Notification, Derek Smith-CT Temp CLS-VerificationEast@wolterskluwer.com |
| **SIGNED:**<br>**PER:**<br>**ADDRESS:**<br><br>**TELEPHONE:** | C T Corporation System<br>Tawana Carter<br>208 South LaSalle Street<br>Suite 814<br>Chicago, IL, 60604<br>312-345-4336 |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of the package only, not of its contents.

## IN THE CIRCUIT COURT FOR THE FOURTH JUDICIAL CIRCUIT
## MONTGOMERY COUNTY, ILLINOIS

KATHY SMITH,               )
                               )
          Plaintiff,          )
                               )
Vvs.                       )     No. 07-L-13
                               )
WAL-MART STORES, INC.,   )
A Corporation,            )
                               )
          Defendant.        )

## DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT
## WITH DEMAND FOR TRIAL BY JURY

Defendant, Wal-Mart Stores, Inc., by and through its attorneys, DeFranco & Bradley, P.C., and for its answer to plaintiff's complaint, states:

1.     Defendant admits that defendant is a corporation. Defendant admits plaintiff's alleged incident occurred in Montgomery County, Illinois. Defendant denies the remaining allegations contained in ¶ 1 of plaintiff's complaint.

2.     Defendant admits that on September 17, 2006, plaintiff was in the Wal-Mart store #213 located in Litchfield, Illinois, Montgomery County. Defendant admits that it operates a retail store open to the public. Defendant denies the remaining allegations contained in ¶ 2 of plaintiff's complaint.

3.     Defendant denies the allegations contained in ¶ 3 of plaintiff's complaint.

4.     Defendant denies the allegations contained in ¶ 4 of plaintiff's complaint and each and every subparagraph thereof.

5.     Defendant denies the allegations contained in ¶ 5 of plaintiff's complaint.

6.     Defendant denies the allegations contained in ¶ 6 of plaintiff's complaint.



### FIRST AFFIRMATIVE DEFENSE

Further answering, defendant states that plaintiff's complaint fails to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

Further answering, without waiving its denial of liability to plaintiff, defendant states that the sole proximate cause of any injuries sustained by plaintiff was plaintiff's own conduct in failing to keep a proper lookout and exercise due care for plaintiff's own safety.

### THIRD AFFIRMATIVE DEFENSE

Further answering, in the alternative, and without waiving its denial of liability, defendant states that plaintiff was contributorily negligent for the reasons set forth above, and that plaintiff should be barred from recovering damages because plaintiff's contributory fault is more than 50% of the proximate cause of the injury or damage for which recovery is sought, pursuant to § 2-1116 of the Code of Civil Procedure (735 ILCS 5/2-1116). In the further alternative, defendant states that if the trier of fact finds that the contributory fault on the part of plaintiff is not more than 50% of the proximate cause of the injury or damage for which recovery is sought, any damages should be diminished in the proportion to the amount of fault attributable to the plaintiff pursuant to Sec. 2-1116 of the Code of Civil Procedure (735 ILCS 5/2-1116).

### FOURTH AFFIRMATIVE DEFENSE

Further answering, in the alternative, without waiving its denial of liability, defendant states that defendant's liability, if any, is less than 25% of the total fault attributable to the plaintiff, the defendants sued by the plaintiff, and any third-party defendant who could have been sued by the plaintiff, and that defendant is not liable to plaintiff for more than the fault, if any, determined by the trier of fact of plaintiff's damages other than past and future medical and

2

medically related expenses pursuant to Sect. 2-1117 of the current Code of Civil Procedure (735

ILCS 5/ 2-1117).

## DEFENDANT DEMANDS TRIAL BY JURY

DeFRANCO & BRADLEY, P.C.

By _____

        Daniel L. Bradley, # 06242566
        Dana E. Vetterhoffer, #6287602
        785 Wall Street, Suite 200
        O'Fallon, IL 62269
        (618) 628-2000
        (618) 628-2007 Fax
        ATTORNEYS FOR DEFENDANT

3

## PROOF OF SERVICE

The undersigned certifies that a copy of the attached document was mailed First

Class, postage prepaid, on the _____19_____ day of June , 2007, to each of the following:

Denis A. McGrady, Jr., Esq.
Campbell & McGrady
104 E. Chestnut Street
Gillespie, IL  62033
  PH:  217-839-2129
  FAX:  217-839-2558
**ATTORNEY FOR PLAINTIFF**


DeFRANCO & BRADLEY, P.C.

By _____
        Daniel L. Bradley, # 06242566
        Dana E. Vetterhoffer, #6287602
        785 Wall Street, Suite 200
        O'Fallon, IL 62269
        (618) 628-2000
        (618) 628-2007 Fax
        ATTORNEYS FOR DEFENDANT

**E-FILED**
Wednesday, 07 November, 2007  04:22:44 PM
Clerk, U.S. District Court, ILCD

Kathy Smith
Medical Tally
Date of Accident: 09-17-06

Springfield Clinic
1025 S. Seventh
Springfield, IL 62703
Account Number: 0000718729
Date(s) of Service: 06-04-07 - 07-02-07
    TOTAL ............................... $   160.00

Springfield Clinic
1025 S. Seventh
Springfield, IL 62703
Account Number: 0000718729
Date(s) of Service: 12-04-06
    TOTAL ............................... $   580.00

St. Francis Hospital
PO Box 1215
Litchfield, IL 62056
Account Number: 000164735
Date(s) of Service: 10-17-06
    TOTAL ............................... $ 3,918.00

Springfield Radiologists SC
611 N. 6th
Springfield, IL 62702
Account Number: 4228
Date(s) of Service: 10-17-06
    TOTAL ............................... $   637.00

Springfield Radiologists SC
340 W. Miller St Fl 1
Springfield, IL 62702
Account Number: 174284356
Date(s) of Service: 12-21-06
    TOTAL ............................... $ 2,973.00

Macoupin Family Practice Center
715 W. Broadway
Gillespie, IL 62033
Account Number: 16068
Date(s) of Service: 03-14-07 - 04-09-07
    TOTAL ............................... $ 1,495.00

Macoupin Family Practice Center
715 W. Broadway
Gillespie, IL 62033
Account Number: 16068
Date(s) of Service: 09-16-06
    TOTAL ............................... $   285.00

DEFENDANT'S
EXHIBIT
A

Sullivan's Drug
113 S. Macoupin Street
Gillespie, IL 62033
Account Number: Smith, Kathy
Date(s) of Service: 02-03-07 - 02-23-07
    TOTAL .................................... $     32.49

Dippold Drug Co.
120 S. Macoupin Street
Gillespie, IL 62033
Account Number: Smith, Kathy
Date(s) of Service: 03-01-07
    TOTAL .................................... $      2.90

Walgreens
1310 S. 5th Street
Springfield, IL
Account Number: Smith, Kathy
Date(s) of Service: 02-03-07
    TOTAL .................................... $     35.47
                                               -----------
                          TOTAL .............. $10,118.86

E-FILED
Wednesday, 07 November, 2007 04:23:04 PM
Clerk, U.S. District Court, ILCD

Kathy Smith
Medical Tally
Date of Accident: 09-17-06

St. Francis Hospital
PO Box 1215
Litchfield, IL 62056
Account Number: 000164735
Date(s) of Service: 10-17-06
        TOTAL  ...................................   $   3,918.00

Springfield Radiologists SC
611 N. 6th
Springfield, IL 62702
Account Number: 4228
Date(s) of Service: 10-17-06
        TOTAL  ...................................   $     637.00

Springfield Radiologists SC
340 W. Miller St Fl 1
Springfield, IL 62702
Account Number: 174284356
Date(s) of Service: 12-21-06
        TOTAL  ...................................   $   2,973.00

Macoupin Family Practice Center
715 W. Broadway
Gillespie, IL 62033
Account Number: 16068
Date(s) of Service: 03-14-07 - 04-09-07
        TOTAL  ...................................   $   1,495.00

Macoupin Family Practice Center
715 W. Broadway
Gillespie, IL 62033
Account Number: 16068
Date(s) of Service: 09-16-06
        TOTAL  ...................................   $     285.00

Sullivan's Drug
113 S. Macoupin Street
Gillespie, IL 62033
Account Number: Smith, Kathy
Date(s) of Service: 02-03-07 - 02-23-07
        TOTAL  ...................................   $      32.49

Dippold Drug Co.
120 S. Macoupin Street
Gillespie, IL 62033
Account Number: Smith, Kathy
Date(s) of Service: 03-01-07
        TOTAL  ...................................   $       2.90

DEFENDANT'S
EXHIBIT
B

```
Walgreens
1310 S. 5th Street
Springfield, IL
Account Number: Smith, Kathy
Date(s) of Service: 02-03-07
     TOTAL ...................................  $      35.47

Clinical Radiologists SC
PO Box 8494
Springfield, IL 62791
Account Number: 19167
Date(s) of Service: 12-21-06 - 04-11-07
     TOTAL ...................................  $   3,100.00

Memorial Medical Center
701 North First Street
Springfield, IL 62781
Account Number: 175070598
Date(s) of Service: 02-02-07 - 02-03-07
     TOTAL ...................................  $  55,304.50

Memorial medical Center
701 North First Street
Springfield, IL 62781
Account Number: 174284356
Date(s) of Service: 12-21-06 - 03-21-07
     TOTAL ...................................  $   7,508.10

Associated Anesthesiologist of Springfield
PO Box 17037
Urbana, IL 61803
Account Number: 000614847
Date(s) of Service: 02-02-07
     TOTAL ...................................  $   1,615.00

Associated Pathologists
Springfield, IL
     TOTAL ...................................  $     200.60

Clinical Pathologists of Central Il
Springfield, IL
     TOTAL ...................................  $      59.90

Springfield Clinic
PO Box 19260
Springfield, IL 62794
Account Number: 0000718729
Date(s) of Service: 12-04-06 - 07-02-07
     TOTAL ...................................  $  37,005.04
                                               ------------
                       TOTAL ................  $114,171.00
```

**E-FILED**
Wednesday, 07 November, 2007  04:24:30 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| KATHY SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. |
| | ) | |
| WAL-MART STORES, INC., | ) | |
| A Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

### CERTIFICATE OF SERVICE

James E. DeFranco, after being duly sworn upon his oath, deposes and states that he is an attorney for Wal-Mart Stores, Inc. in the above-entitled cause; that on the _____ 10th _____ day of November, 2007, he sent by United States mail, properly addressed, with the requisite amount of United States postage thereon, in a secure envelope, a Notice, a copy of which is attached hereto, to counsel for all parties of record in the above-captioned cause, and that attached to said Notice was a copy of the Notice for Removal.

Affiant further says that on the _____ 10th _____ day of November, 2007, a copy of the Notice for Removal filed herein was also sent, in a secure envelope, by United States mail, properly addressed, with the requisite amount of United States postage thereon, for filing to: Clerk of the Fourth Judicial Circuit Court, Montgomery County Courthouse, Illinois.

_____
James E. DeFranco

SUBSCRIBED AND SWORN TO before me this _____ 10th _____ day of _____ November _____, 2007.

OFFICIAL SEAL
AMANDA ISOM
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/15/10

_____
Notary Public

%JS 44   (Rev. 11/04)

# CIVIL COVER SHEET

E-FILED
Wednesday, 07 November, 2007 04:24:48 PM

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a)   PLAINTIFFS
Kathy Smith

### DEFENDANTS
Wal-Mart Stores, Inc.

**(b)**   County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**(c)**   Attorney's (Firm Name, Address, and Telephone Number)
Denis A. McGrady, Jr. , Campbell & McGrady, 104 E. Chestnut St, Gillespie, IL
62033 (217) 839-2129

Attorneys (If Known)
James E. DeFranco, DeFranco & Bradley, P.C., 785 Wall St., Ste. 200, O'Fallon, IL
62269 (618) 628-2000

## II.  BASIS OF JURISDICTION   (Place an "X" in One Box Only)

- ☐ 1   U.S. Government
       Plaintiff
- ☐ 3   Federal Question
       (U.S. Government Not a Party)
- ☐ 2   U.S. Government
       Defendant
- ■ 4   Diversity
       (Indicate Citizenship of Parties in Item III)

## III.  CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)   and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ■ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ■ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV.  NATURE OF SUIT   (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ■ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

## V.  ORIGIN   (Place an "X" in One Box Only)

- ☐ 1  Original Proceeding
- ■ 2  Removed from State Court
- ☐ 3  Remanded from Appellate Court
- ☐ 4  Reinstated or Reopened
- ☐ 5  Transferred from another district (specify)
- ☐ 6  Multidistrict Litigation
- ☐ 7  Appeal to District Judge from Magistrate Judgment

## VI.  CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. § 1332
Brief description of cause:
Alleged slip and fall

## VII.  REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ■ No

## VIII.  RELATED CASE(S) IF ANY
(See instructions):

JUDGE _____

DOCKET NUMBER _____

DATE   11/5/07

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____