IN THE CIRCUIT COURT FOR THE FOURTH JUDICIAL CIRCUIT
MONTGOMERY COUNTY, ILLINOIS

| | |
|---|---|
| KATHY SMITH, | ) |
| Plaintiff, | ) |
| vs. | ) No. 07-L-13 |
| WAL-MART STORES, INC., A Corporation, | ) |
| Defendant. | ) |

### NOTICE OF FILING

TO:   Clerk of Montgomery County

YOU ARE HEREBY NOTIFIED that Wal-Mart Stores, Inc. did on the 6th day of November, 2007, file in the United States District Court for the Central District of Illinois, a Notice for Removal, together with copies of all process, pleadings and orders served upon them in a certain civil action pending in the Circuit Court for the Fourth Judicial Circuit, Montgomery County, Illinois, Cause No. 07-L-13.

DeFRANCO & BRADLEY, P.C.

By _____
James E. DeFranco, #06181134
Dana E. Vetterhoffer, #6287602
785 Wall Street, Suite 200
O'Fallon, IL 62269
(618) 628-2000
(618) 628-2007 Fax
ATTORNEYS FOR DEFENDANT
WAL-MART STORES, INC.

## PROOF OF SERVICE

The undersigned certifies that a copy of the attached document was mailed First Class, postage prepaid, on the 6th day of November, 2007, to the following:

Denis A. McGrady, Jr., Esq.
Campbell & McGrady
104 E. Chestnut Street
Gillespie, IL 62033
**ATTORNEY FOR PLAINTIFF**

                                DeFRANCO & BRADLEY, P.C.

                                By _____
                                James E. DeFranco, # 06181134
                                Dana E. Vetterhoffer, #6287602
                                785 Wall Street, Suite 200
                                O'Fallon, IL 62269
                                (618) 628-2000
                                (618) 628-2007 Fax
                                ATTORNEYS FOR DEFENDANT
                                WAL-MART STORES, INC.