IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| KATHY SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No.   3: 07-cv-3294 |
| ) | |
| WAL-MART STORES, INC., ) | |
| A Corporation, ) | |
| ) | |
| Defendant. ) | |

**JOINT REPORT OF PARTIES AND
PROPOSED SCHEDULING AND DISCOVERY ORDER**

Pursuant to Federal Rule of Civil Procedure 26(f) and SDIL-LR 16.2(a), an initial conference of the parties was held on December 13, 2007 with attorneys and/or unrepresented parties, Denis McGrady on behalf of plaintiff and Dana Vetterhoffer on behalf of defendant participating.

SCHEDULING AND DISCOVERY PLANS WERE DISCUSSED AND AGREED TO AS FOLLOWS:

1. Initial interrogatories and requests to produce, pursuant to Federal Rules of Civil Procedure 33 and 34, shall be served on opposing parties by ___N/A___.

2. Plaintiff's deposition shall be taken by June 30, 2008_____.

3. Defendant's deposition shall be taken by July 31, 2008_____.

4. Third Party actions must be commenced by _N/A_____. Cross-claims and counterclaims shall be filed in accordance with the Federal Rules of Civil Procedure.

5. Expert witnesses shall be disclosed, along with a written report prepared and signed by the witness pursuant to Federal Rule of Civil Procedure 26(a)(2), as follows:

       Plaintiff's expert(s): August 29, 2008_____.

       Defendant's expert(s): September 30, 3008_____.

       Third Party expert(s): N/A_____.

6.    Depositions of expert witnesses must be taken by :

       Plaintiff's expert(s): October 31, 2008_____.

       Defendant's expert(s): November 28, 2008_____.

       Third Party expert(s): _N/A_____.

7.    **Discovery** shall be completed by December 31, 2008.(which date shall be no later than one hundred fifteen (115) days before the first day of the month of the presumptive trial month). Any written interrogatories or request for production served after the date of the Scheduling and Discovery Order shall be served by a date that allows the served parties the full thirty (30) days as provided by the Federal Rules of Civil Procedure in which to answer or produce by the discovery cut-off date.

8.    The Scheduling and Discovery Conference may, at the discretion of the Magistrate Judge, be canceled if the Magistrate Judge approves of the parties' proposed Scheduling and Discovery Order as submitted.

       DATED:_____

/s/ Dennis McGrady Jr. w/consent         /s/Dana E. Vetterhoffer

_____         _____

Attorney(s) for Plaintiff         Attorney(s) for Defendant

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| KATHY SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   No.   3: 07-cv-3294 |
| | ) |
| WAL-MART STORES, INC., | ) |
| A Corporation, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of December, 2007, I electronically filed **Joint Report of Parties and Proposed Scheduling and Discovery Order,** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

and I hereby certify that on 20th day of December, 2007, I mailed by United States Postal Service, the documents(s) to the following non-registered participants:

Denis A. McGrady, Jr., Esq.
Campbell & McGrady
104 E. Chestnut Street
Gillespie, IL 62033

DeFRANCO & BRADLEY, P.C.

By /s/ Dana E. Vetterhoffer
   James E. DeFranco, #06181134
   Dana E. Vetterhoffer, #6287602
   785 Wall Street, Suite 200
   O'Fallon, IL 62269
   (618) 628-2000
   (618) 628-2007 Fax
   ATTORNEYS FOR DEFENDANT