IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| KATHY SMITH, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | No.  3: 07-cv-3294 |
| WAL-MART STORES, INC., A Corporation, | ) ) ) ) | |
| Defendant. | ) | |

## ADDITIONAL ENTRY OF APPEARANCE

Jamie L. Bas of DeFranco & Bradley, P.C., hereby enters her appearance as attorney of record for defendant, Wal-Mart Stores, Inc.


DeFRANCO & BRADLEY, P.C.


By  s/Jamie L. Bas
    Jamie L. Bas, # 6277169
    20 Bronze Pointe
    Swansea, IL 62226
    (618) 628-2000
    (618) 628-2007 Fax
    bas@defrancolaw.com
    ATTORNEYS FOR DEFENDANT
    WAL-MART STORES, INC.

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| KATHY SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 3: 07-cv-3294 |
| | ) |
| WAL-MART STORES, INC., | ) |
| A Corporation, | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on 8th day of January, 2008, I electronically filed **defendant's Additional Entry of Appearance** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

and I hereby certify that on 8th day of January, 2008, I mailed by United States Postal Service, the documents(s) to the following non-registered participants:

**ATTORNEY FOR PLAINTIFF**
Denis A. McGrady, Jr., Esq.
Campbell & McGrady
104 E. Chestnut Street
Gillespie, IL 62033
  PH: 217-839-2129
  FAX: 217-839-2558

DeFRANCO & BRADLEY, P.C.

By ___s/Jamie L. Bas___
    Jamie L. Bas, # 6277169
    20 Bronze Pointe
    Swansea, IL 62226
    (618) 628-2000
    (618) 628-2007 Fax
    bas@defrancolaw.com
    ATTORNEYS FOR DEFENDANT

2