**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
Urbana Division

| | |
|---|---|
| **KATHY SMITH,** ) | |
|          **Plaintiff,** ) | |
| **v.** ) | |
| ) | Case No.  07-3294 |
| **WAL-MART STORES, INC.,** ) | |
| ) | |
|          **Defendant.** ) | |

# DISCOVERY ORDER

A discovery conference was held **January 8, 2008,** pursuant to FED. R. CIV. P. 16 and CDIL-LR Rule 16.2(A). The conference was held by telephone conference call pursuant to CDIL-LR Rule 16.2(C). Plaintiff was represented by Denis McGrady, Jr. Defendant was represented by Jamie Bas. The progress of discovery to date was discussed. Deadlines were proposed by counsel and approved by the Court.

    **WHEREFORE, IT IS ORDERED:**

    1. The deadline for amendment of pleadings is **July 31, 2008.**

    2. The deadline for joining additional parties is **July 31, 2008.**

    3. Plaintiff's deposition shall be taken by **June 30, 2008.**

    4. Depositions of Defendant's designated representative shall be taken by **July 31, 2008.**

    5. Plaintiff shall disclose expert(s) and provide expert(s) reports by **August 29, 2008.** Plaintiff shall make any such expert(s) available for deposition by **October 31, 2008.**

    6. Defendant shall disclose expert(s) and provide expert(s) reports by **September 30, 2008.** Defendant shall make any such expert(s) available for deposition by **November 28, 2008.**

    7. All discovery, including deposition of experts, is to be completed by **December 31, 2008.**

    8. The deadline for filing case dispositive motions shall be **January 30, 2009.**

      9.  The matter is scheduled for *final pretrial conference* by personal appearance before the Honorable Jeanne E. Scott, U.S. District Judge, on **May 4, 2009, at 9:00 a.m.**

      10.  The matter is scheduled for *jury selection and jury trial* before the Honorable Jeanne E. Scott, U.S. District Judge, on **May 5, 2009, at 9:00 a.m. (Case No. 3).**

      ENTER this 11th day of January, 2008.

                                                    s/ DAVID G. BERNTHAL
                                                    U.S. MAGISTRATE JUDGE