IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| KATHY SMITH, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No.   3: 07-cv-3294 ) |
| WAL-MART STORES, INC., A Corporation, | ) ) ) |
| Defendant. | ) |

## DEFENDANT'S CERTIFICATE OF COMPLIANCE REGARDING RULE 26(a) INITIAL DISCLOSURES

The undersigned counsel does hereby certify that a copy of defendant, Wal-Mart Stores Inc.'s Initial Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) were sent by first class U.S. Mail, postage prepaid on January 3, 2008, to

Denis A. McGrady, Jr., Esq.
Campbell & McGrady
104 E. Chestnut Street
Gillespie, IL  62033

DeFRANCO & BRADLEY, P.C.

By s/ Jamie L. Bas
        James E. DeFranco, #06181134
        Jamie L. Bas, # 6277169
        20 Bronze Pointe
        Swansea, IL 62226
        (618) 628-2000
        (618) 628-2007 Fax
        ATTORNEYS FOR DEFENDANT

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| KATHY SMITH, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | No.   3: 07-cv-3294 |
| WAL-MART STORES, INC., A Corporation, | ) ) ) ) | |
| Defendant. | ) ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of January, 2008, I electronically filed **Certificate of Compliance,** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

and I hereby certify that on 22nd day of January, 2008, I mailed by United States Postal Service, the documents(s) to the following non-registered participants:

Denis A. McGrady, Jr., Esq.
Campbell & McGrady
104 E. Chestnut Street
Gillespie, IL  62033

DeFRANCO & BRADLEY, P.C.

By s/ Jamie L. Bas
James E. DeFranco, #06181134
Jamie L. Bas, # 6277169
20 Bronze Pointe
Swansea, IL 62226
(618) 628-2000
(618) 628-2007 Fax
ATTORNEYS FOR DEFENDANT