UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

KATHY SMITH, )
 )
       Plaintiff, )
 )
vs. ) NO. 07-3294
 )
WAL-MART STORES, INC., )
A Corporation. )
 )
       Defendant. )

### SUPPLEMENTAL ANSWER TO INTERROGATORY #6

The undersigned herein supplements her answer to Defendant's Interrogatory #6 as follows:

A. Name unknown and address unknown.

B. At the place where I slipped, a cashier at the store approached me.

C. The cashier asked me if I wanted to talk to the manager or fill out a report and called the manager to the scene. When the manager or assistant manager arrived, the cashier told the manager that the water on the floor had been reported to maintenance but that nobody had showed up yet.

D. This statement was made in my presence and in the presence of the people who were with me, namely Kimberly Jones.

E. The assistant manager heard the statement, name unknown. I heard the statement, and I do not know if the two people with me heard the statement.

F.   See answers above.

BY: _Kathy Smith_
KATHY SMITH, Petitioner

Subscribed and Sworn to before me, a Notary Public, this 22nd day of January, 2008.

_____
Notary Public

OFFICIAL SEAL
HEIDI L HEYEN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/15/10

Denis A. McGrady, Jr., #1842528
Campbell & McGrady
104 E. Chestnut St.
Gillespie, IL 62033
Telephone: 217-839-2129
Fax: 217-839-2558

## PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause, by enclosing a true copy thereof in an envelope with postage fully prepaid and depositing same in a U.S. Post Office Box in Gillespie, Illinois, to each of the attorneys of record and other parties at the address(es) below:

JAMIE L. BAS
DeFRANCO & BRADLEY, P.C.
785 WALL STREET, SUITE 200
O'FALLON, IL 62269
bas@defrancolaw.com

JAMES E. DeFRANCO
DeFRANCO & BRADLEY, P.C.
785 WALL STREET, SUITE 200
O'FALLON, IL 62269
defranco@defrancolaw.com
cantwell@defrancolaw.com

on _January 21, 2008_.

```
XXXXX  U.S. MAIL              _____  FAX
_____  HAND DELIVERED         _____  OVERNIGHT CARRIER
_____  FEDERAL EXPRESS        XXXXX  OTHER: E-Mail
```