E-FILED
Tuesday, 02 September, 2008  01:08:47 PM
Clerk, U.S. District Court, ILCD

```
             IN THE UNITED STATES DISTRICT COURT
                CENTRAL DISTRICT OF ILLINOIS
                    SPRINGFIELD DIVISION
```

KATHY SMITH,                )
                            )
    Plaintiff,          )
                            )
  vs.                       )     No.  3:07-cv-3294
                            )
WAL-MART STORES, INC.,      )
A Corporation,              )
                            )
    Defendant.          )

<em><u>CERTIFICATE OF SERVICE</u></em>

    The undersigned certifies that a true copy of the <u>PLAINTIFF'S DISCLOSURE OF EXPERT WITNESSES AND EXPERT TESTIMONY PURSUANT TO RULE 26(2)</u> was served upon all parties to the above cause, by depositing a true copy of said instrument in a United States Post Office box at Gillespie, Illinois, with postage fully prepaid, to each of said interested parties at the addresses below:

JAMIE L. BAS<br>
DeFRANCO &amp; BRADLEY, P.C.<br>
20 BRONZE POINTE<br>
SWANSEA, IL 62226

JAMES E. DeFRANCO<br>
DeFRANCO &amp; BRADLEY, P.C.<br>
20 BRONZE POINTE<br>
SWANSEA, IL 62226

on August 29, 2008.

        XXXXX U.S. MAIL       XXXXX FAX
        _____ HAND DELIVERED  _____ OVERNIGHT CARRIER
        _____ FEDERAL EXPRESS   _____ OTHER:

                                                          <u>/s/ Denis A. McGrady, Jr.</u>

Denis A. McGrady, Jr., #1842528
Campbell & McGrady
104 E. Chestnut Street
Gillespie, IL 62033
217-839-2129

<u>PROOF OF SERVICE</u>

    The undersigned certifies that the foregoing instrument was served upon all parties to the above cause, by enclosing a true copy thereof in an envelope with postage fully prepaid and depositing same in a U. S. Post Office Box in Gillespie, Illinois, to each of the attorneys of record and other parties at the address(es) below:

```
                    JAMIE L. BAS
              DeFRANCO & BRADLEY, P.C.
                  20 BRONZE POINTE
                  SWANSEA, IL 62226

                  JAMES E. DeFRANCO
              DeFRANCO & BRADLEY, P.C.
                  20 BRONZE POINTE
                  SWANSEA, IL 62226
```

on August 29, 2008.

```
    XXXXX U.S. MAIL              _____ FAX
    _____ HAND DELIVERED         _____ OVERNIGHT CARRIER
    _____ FEDERAL EXPRESS        _____ OTHER:
```

                                                /s/ Denis A. McGrady, Jr.